**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**GEORGE HIGGINBOTHAM**<br><br>**Defendant.** | **1:18-cr-00343-CKK**<br>**Judge Colleen Kollar-Kotelly** |

## NOTICE OF APPEARANCE

To the Clerk of the Court, please enter my appearance as retained counsel for Defendant George Higginbotham in the above captioned case

Respectfully Submitted,

_____/s/_____
Lance Robinson #991118
London & Mead
1225 19th Street NW, Suite 320
Washington, DC 20036
Tel.: (202) 331-3334 (ext. 205)
Fax: (202) 785-4280
Email: lrobinson@londonandmead.com

*Counsel for Defendant George Higginbotham*

Dated: November 26, 2018

## **CERTIFICATE OF SERVICE**

I certify that on November 26, 2018, I served the above Notice of Appearance on all counsel of record by electronic filing.

/s/
Lance Robinson