# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **No. 18-cr-00343 (CKK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GEORGE HIGGINBOTHAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

The United States hereby informs the Court that the above-captioned matter is assigned to Deputy Chief John D. Keller and Trial Attorneys Nicole Lockhart, James C. Mann, and Sean F. Mulryne for the Public Integrity Section of the Criminal Division of the United States Department of Justice.   Trial Attorney Ryan Ellersick remains assigned to this matter as well, and is already listed as counsel of record for the United States.   Mr. Keller's telephone number is (202) 598-2231 and his e-mail is John.Keller2@usdoj.gov.   Ms. Lockhart's telephone number is (202) 514-0188 and her e-mail is Nicole.Lockhart@usdoj.gov.   Mr. Mann's telephone number is (202) 305-4763 and his e-mail is James.Mann@usdoj.gov.   Mr. Mulryne's telephone number is (202) 598-2816 and his e-mail is Sean.Mulryne@usdoj.gov.

Respectfully submitted,

Dated: November 29, 2018                          _____/s/_____
John D. Keller
Deputy Chief
Nicole Lockhart
James C. Mann
Sean F. Mulryne
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue N.W., 12th Floor
Washington, D.C. 20005

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

Dated: November 29, 2018                          _____/s/_____
                                                                    James C. Mann
                                                                    Trial Attorney