UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Number: 18-343 (CKK) |
| vs. ) | Judge Colleen Kollar-Kotelly |
| ) | |
| GEORGE HIGGINBOTHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

After considering Defendant George Higginbotham's Consent Motion for Permission to Travel, it is this 12th day of February, 2019, **ORDERED** that the Motion is granted; and it is further

**ORDERED** that Defendant Higginbotham may travel to Los Angeles, California from March 1, 2019, through March 3, 2019.

**SO ORDERED.**

_____
Judge Colleen Kollar-Kotelly

Copies to:

All counsel of record