UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:18-cr-00343-CKK |
| v. ) | |
| ) | |
| GEORGE HIGGINBOTHAM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STATUS REPORT

The United States of America, by and through undersigned counsel, respectfully provides this status report regarding Defendant Higginbotham's plea and cooperation.

1. Defendant Higginbotham entered a plea of guilty on November 30, 2018, to a one-count Information charging conspiracy to make false statements to a bank based on his involvement, along with Low Taek Jho, Elliott Broidy, Prakazrel Michel, Nickie Lum Davis, and others in funneling foreign funds into the United States for the purpose of paying Broidy to lobby United States government officials on behalf of Low and the government of the People's Republic of China ("PRC") without disclosing his foreign clients. Defendant Higginbotham's plea agreement contemplated cooperation, and Defendant Higginbotham cooperated in the investigation and related prosecutions.

2. In June 2021, the government filed superseding charges against Michel and Low in case no. 1:19-cr-148 before this Court, alleging witness tampering by Michel related to the previously indicted conduct and adding charges of conspiracy and violations of the Foreign Agents Registration Act and 18 U.S.C. § 951 to reflect Michel's and Low's involvement in the unregistered, backchannel foreign influence campaign on behalf of Low and the PRC. Trial began on March 27, 2023, and concluded on April 26, 2023.

3. Because the trial against Mr. Michel is complete, the parties are prepared to proceed to sentencing. In accordance with the Court's Minute Order on April 17, 2023, the government has conferred with defense counsel, and provided that the Pre-Sentence Report is complete by early August, the parties respectfully request that they be permitted to file Sentencing Memoranda the week of August 28, 2023.

Dated: May 2, 2023

Respectfully submitted,

COREY R. AMUNDSON
Chief
Public Integrity Section

By:   */s/ Nicole R. Lockhart*
John D. Keller
Principal Deputy Chief

Sean Mulryne
Director of Enforcement & Litigation
Election Crimes Branch

Nicole Lockhart
Trial Attorney
Public Integrity Section
1301 New York Ave. NW
Washington, DC 20530
(202) 598-2231

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on May 2, 2023, I filed an electronic copy of the foregoing through CM/ECF, providing electronic notice to counsel for the defendant:

Christopher Mead, Esq.

DATED:  May 2, 2023

                                        */s/ Nicole R. Lockhart*
                                        Nicole R. Lockhart